UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 2:19-cv-06916-JVS-MAA | Date: August 16, 2023 |
| Title: Kevin Deon Johnson v. Warren L. Montgomery | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings (In Chambers):**  Order to Show Cause re: Respondent's Failure to Deliver Videos to Chambers Pursuant to Court Order

   On June 23, 2023, the Court issued an order for Respondent to deliver or cause to be delivered Chambers Copies of certain lodged documents identified in Respondent's Notice of Supplemental Lodging (ECF No. 28) and the CD containing videos identified in the Notice of Manual Filing or Lodging ("Notice of Manual Lodging," ECF No. 29) to the Chambers of Judge Audero ("June 23 Order").  (ECF No. 46.)  On June 26, 2023, Respondent filed an Application for Extension of Time to comply with the June 23 Order, requesting an extension of time to provide the videos identified in the Notice of Manual Lodging to the Court ("Request").  (ECF No. 47.)  That same day, the Court granted Respondent's Request, extending the time for Respondent to deliver the videos to Chambers to July 25, 2023.  (ECF No. 48.)  To date, the videos identified in the Notice of Manual Lodging have not been received in Chambers.

   Accordingly, Respondent is **ORDERED TO SHOW CAUSE** no later than **August 23, 2023** why the Court should not impose sanctions for failure to comply with the June 23 Order.  Alternatively, if Respondent delivers or causes to deliver the videos identified in the Notice of Manual Lodging, either on a CD or thumb drive, on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

   It is so ordered.