JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON JOHNSON, | Case No. 2:19-cv-06916-JVS-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARREN L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 24, 2024

_____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE